The Honorable Lauren King

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| KATHRYN GARNER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC, a foreign limited liability company; and DOES 1-20, as yet unknown Washington entities,<br><br>                Defendants. | No. 2:26-cv-00475-LK<br><br>**STIPULATION TO STAY PENDING MEDIATION** |

Plaintiff Kathryn Garner ("Plaintiff") and Defendant Lowe's Home Centers, LLC ("Defendant") (together, the "Parties"), by and through their respective counsel of record, stipulate and agree to jointly request that the Court stay this action pending the Parties' mediation scheduled for October 5, 2026 with mediator Marc Cote of WAMS.

Good cause exists to stay this action pending mediation as it will give the Parties time to focus on the prospect of early resolution rather than litigation and promote efficiency for the Parties and the Court. This stipulation and order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver nor otherwise affect any right, defense, claim, or objection.

The Parties will provide the Court with a status report no later than October 19, 2026.

STIPULATION TO STAY PENDING MEDIATION - 1

No. 2:26-cv-00475-LK

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

*IT IS SO STIPULATED*

DATED July 9, 2026.

**EMERY | REDDY, PC**

By: */s/* Timothy W. Emery
Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah M. Hamley, WSBA No. 59020
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
Email: hannah@emeryreddy.com

*Attorneys for Plaintiff and the Putative Class*

**SEYFARTH SHAW LLP**

By: */s/* Matthew Kelly
Matthew Kelly, WSBA No. 48050
Trinh T. Tran, WSBA No. 54974
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
Phone: (206) 946-4910
Email: mrkelly@seyfarth.com
Email: trtran@seyfarth.com

*Attorneys for Defendant Lowe's Home Centers,
LLC*

I certify that this memorandum contains 134 words, in compliance with the Local Civil Rules.

STIPULATION TO STAY PENDING MEDIATION - 2

No. 2:26-cv-00475-LK

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711